[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 4, 2012
JOHN LEY
CLERK

_____

No. 11-12040
Non-Argument Calendar

_____

D.C. Docket No. 4:97-cr-00049-RH-8

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

LEROY GIBBS,

                                        Defendant-Appellant.


_____

No. 11-12070
Non-Argument Calendar

_____

D.C. Docket No. 4:10-cr-00095-RH-WCS-1

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

LEROY ABNER GIBBS,

Defendant-Appellant.

———————————————

Appeals from the United States District Court
for the Northern District of Florida

———————————————

(April 4, 2012)

Before CARNES, WILSON and BLACK, Circuit Judges.

PER CURIAM:

Randolph Murrell, appointed counsel for Leroy Abner Gibbs, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the consolidated appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Gibbs's conviction, revocation of supervised release, and total sentence are **AFFIRMED**.